RECEIVED
ELIZABETH A. WOLFORD

FEB 17 2016

United States District Judge
Western District of New York

Date: 2/10/16

Eric X. Martinez
Livingston CF,
7005 Sonyea Rd,
P.O. Bx 49,
Sonyea, NY, 14556
ID#: 11-B-2776

U.S. Western NY
Hon. Elizabeth Wolford
100 State Street,
Rochester, NY, 14614

Re: No Interest/Stop     . I DO NOT WANT TO PROCEED.

Dear Ma'am,

Me Mr. Eric X. Martinez case #: 14cv.6222 of my Writ of Habeas Corpus #2254 Motion. I do not want to proceed because the lawyer name Mr. Donald M. Thompson, LLP, told me in his letter the he can't help me proceed with my motion because, here this is what he said.

"Unfortunately we are unable to assist with the Federal Habeas Corpus proceeding. There are no Federal claims stated, or able to be stated, upon which relief could be Granted."

Therefore, I can't represent my self, plus you keep ignoring my motion for almost 21 months, and, thats as punishment to keep me in prison for something I didn't do, so you are also an attorney so you know this very well and clean.

I thank you for the punishment of making me waiting by sitting in this place.

Therefor I do not want to proceed, I will submitted more later in the future comes. Also can you please sent me all my documents back to me or at least copies of all. Please Ms. Wolford.

Thank You Ms. Wolford,
Truly yours, Eric X. Martinez
God Bless.